UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHAUN GEYER,<br><br>        Defendant. | Case No. CR 19-328-E-BLW<br><br>**ORDER ON MOTION TO UNSEAL INDICTMENT** |

      IT IS HEREBY ORDERED that the Motion to Unseal the Case in the above matter is GRANTED.

DATED: October 24, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge

ORDER ON MOTION TO UNSEAL INDICTMENT- 1